# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Hassell III,<br><br>        Plaintiff,<br><br>    v.<br><br>Michelangelo Leasing, Inc., an Arizona Corporation, doing business as Divine Transportation, an Arizona registered tradename; Eugene Bronson and Theresa Mauro, husband and wife,<br><br>        Defendants. | No.  CV16-2178-PHX DGC<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the Stipulation of the Parties.  Doc. 18.

**IT IS ORDERED** that this stipulation (Doc. 18) is **granted.**  This action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 18th day of January, 2017.

_____
David G. Campbell
United States District Judge